# American with Disabilities Act

# Title III Complaint

**Leonard F. Reid**

672 south 16th street

Newark, NJ 07103

862 368 4506

**Charlemagne Tech Solutions, Inc.**

DBA **Asthma Blasters LLC**

Vs

**Extended Stay America Corporation, Inc.**

for

**$ 7,000,000.00**

---

**$ 2,000,000.00**

1) **Respiratory Discrimination –**
   Extended Stay America **for not adhering to the reasonable accommodation clause of ADA**

# American with Disabilities Act Violations

Extended Stay America, Inc. is violating the rights of the respiratory impaired by failing to provide at least 3 rooms to service the respiratory disabled.

**Ignored Suggestions/Options:**

(1) "Smoke Free" Room Allergen information posted for public.
(2) Upgraded cleaning equipment and/or filtration system **(HEPA)**
(3) Have Rooms tested regularly by third party with posted allergen levels –
   **(less than 3 grams upon check-in for Respiratory disabled).**
(4) Or have warnings posted that **room** carpets may harbor an ounce or more of dangerous allergens and/or environmental triggers.

# $ 3,000,000.00

## 2) Unsanitary room conditions –

Not alerting people to the health risk of using hotel services by not posting allergen levels for "smoke-free" rooms.

Offering rooms to the public with carpets containing an ¾ an ounce or more; of embedded allergens and / or environmental triggers.

**28 grams = ounce**

### March 17 2018 – check in

25 grams      =      0.88 ounces of extracted allergens
- Report submitted to upper management

### June 29 2018 – check in

20 grams      =      0.71 ounces of extracted allergens *
- **Disabled Wheelchair accessible room**
  (physical evidence available)

# $ 2,000,000.00

## 3) Respiratory Disability – Environmental Endangerment

I charge that these unsanitary conditions to be the cause of my high blood pressure and respiratory disability.

**Based on the proven fact that my home is cleaned with equipment rated higher than the merchant's.**

This has changed my outlook on life; and now very apprehensive about staying at all Hotels.

**"Hotel-a-phobia"-** An irrational fear of sleeping in a unsanitary hotel rooms.

Attachments

Reports submitted to Hotel and Management and City Councils.

Asthma Blasters LLC has attempted to end respiratory discrimination locally without utilizing Federal Court Systems for past 2 years.

**Attachments:**

March 17 2018 allergen room findings reported to Extended Stay Management and City Council of Secaucus, NJ.

Alerting local municipalities of potential health risks of not fully informing the public of allergen levels found in hotel rooms.

## Asthma Blasters ™

## Carpet Quality Inspection

If you can measure it, you can improve it

- Carpet and Institute of America
- www.carpet-rug.org

---

**Extended Stay America_**          Room   415

1 Meadowlands Parkway

Secaucus, NJ 07094


Date  03/17/2018          Inspected by # 065


Testing Equipment - Gold certified


## Carpet Quality Inspection

Passing standards

3 grams or 0.10 ounces or less of extracted allergens

(maximum for non-smoking rooms) upon customer check-in

**Filter**

|  | 0 pts | 2 pts | 5 pts | 10 pts |
|---|---|---|---|---|
| **Carpet** | | | | |
| Filter white |  | black | gray | off-white |
| Sample 1 Extracted |  | 10 | grams | Allergens |
| Sample 2 Extracted |  | 10 | grams | Allergens |
| Sample 3 |  | 5 |  |  |
| **TOTAL Extracted** |  | 25 | **grams** | **Allergens** |

## Room status - Failed

Not recommended for young children under 3 years of age or people with breathing disorders.

Recommendations:

-----------------------------------------------------------------------

Extended Stay America currently uses cleaning Equipment Certified that is only to the bronze Level by the Carpet and Rug Institute of America.

|        | Soil Removal | Dust Containment |
|--------|--------------|------------------|
| Bronze | 40 - 49%     | ≤ 100 µg/m³ of dust particles |
| Silver | 50 - 54%     | ≤ 100 µg/m³ of dust particles |
| Gold   | ≥ 55%        | ≤ 35 µg/m³ of dust particles  |

Based on the chart from the Carpet and Rug Institute unacceptable amounts of allergens remain embedded after routine cleaning.

In order to pass future inspections by the City,

Asthma Blasters recommends that the hotel considers upgrading the cleaning equipment to certified Gold Level or higher.

Extended Stay America currently falls below recommended NJ Health Standards and is unable to provide Respiratory Friendly – Baby Safe Rooms ™ with current equipment.

---

What is a Respiratory Friendly – Baby Safe ™ Room?

- Inspected & verified every 30 days that allergen levels are between 97 – 99% allergen free (carpet)
- Rugs maintained daily with equipment certified Gold by the carpet and rug institute of America.
- Carpets shampooed monthly with solution containing Sodium EDTA to remove all traces of Lead and Mercury