# Amended Complaint

*U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2018 SEP 18 A 11: 28*

Case # 2:18-cv-11871-ES-JAD

# American with Disabilities Act

# Title III Complaint – Public Accommodations

# To End Respiratory Discrimination in America

# Leonard F. Reid

# Vs

# Extended Stay America Corporation, Inc.

# for

# $ 45,000,000.00

For using their name as a misleading, unethical and dangerous promotional tool, by touting their organization as a safe haven for the public to stay for an extended period of time safely.

While offering rooms for public use, that contain an inordinate amount of dirt embedded in the carpet upon check-in. Purposely or otherwise; extending the opportunity for sickness to spread or a sudden attack to happen to an unsuspecting client.

1) **Respiratory Discrimination** –
   Extended Stay America **for not adhering to the reasonable accommodation clause of American with Disabilities Act.**

Every merchant offering health related consumer products in our society; is required to display health or warning labels - except hotels.

**I Leonard F. Reid make the charge that** Extended Stay America, Inc. has **severely jeopardized my health** and violated my civil rights by not willing to accommodate my respiratory disability and high blood pressure malady.

(1) **False advertisement** - For not posting any health or testing information about the cleanliness of their "smoke – free" room. Or providing assurance that the carpet does not contain any tar, nicotine or elements associated with recent pets and / or tobacco use.
(2) For not disclosing the fact that the **room** carpets may harbor an ounce or more of dangerous allergens and/or environmental triggers.
(3) By refusing to display this critical information; Extended Stay America, Inc. is **guilty of violating the rights of the general public**. Robbing them of the ability to make informed health decisions.
(4) I was embarrassingly and unceremoniously Issued a Cease and Desist from the merchant; only because I submitted a report to upper management. Informing them that I used a standard, non-industrial, over the counter vacuum to achieve these results. **And offered only free solutions and suggestions** to better assist the merchant to better serve the disabled.
(5) I feel a genuine Righteous indignation against the Merchant; because they seem to show complete lack of concern for one third of its customer base suffering from a respiratory short coming.

## 2) Unsanitary room conditions –

**45 grams** of undisclosed allergens embedded in carpet upon check – in.

### 28 grams = ounce

### March 17 2018 – check in
25 grams         =        0.88 ounces of extracted allergens
- Report submitted to upper management

**Service disabled Room is not fully carpeted and rarely used.**
**June 29 2018 – check in**

20 grams       =     0.71 ounces of extracted allergens *

- **Disabled Wheelchair accessible room**
  (physical evidence available)

3) **Currently there have been zero accommodations being made for the 1 in 3 Americans suffering from a respiratory disability.**

**We petition the Court to make a Federal mandate that all hotels within a year be required to disclose cleaning information and / or allergen levels to public.**

Publicly posted in rooms the service respiratory handicaps and young children.

**The most prevalent disability in our society is respiratory health.**
I firmly believe it is the merchant's responsibility to set and adhere to a Respiratory centric quality inspection health standard.

Performed internally or otherwise.

Simple Truth:

A cleaner environment is a healthier environment – for all.

I would like an opportunity to physical show a jury what an ounce of allergens (displayed in plastic bag and certified scale) that were extracted from merchant's establishment - actually looks like.

# Reid vs. Extended Stay America

## 2018 Petition to end Respiratory Discrimination

New Jersey Child Care Providers that support health legislation that will safeguard the respiratory safety of our children while traveling.

**We petition the Court to make a Federal mandate that hotel disclose cleaning information and / or allergen levels to public.**

Publicly posted in rooms the service respiratory handicaps and young children.

------------------------------------------------------------

| Name (printed) | Address (printed) | Signature |
|---|---|---|
| Story Hall Day Care | 158 Chestnut St 07105 (973)3446772 | *signature* |
| Sunshine Day Care | 286 s 7th street 07103 (973)6238400 | *signature* |
| Imagine Early Learning Center | 970 Broad street 07102 (973)6453130 | *signature* |
| Sunshine Daycare Center | ~~14 William street 07102 (973)6233600~~ | |
| Alice's Friendly Day Care | 14 Napoleon St 07105 (973)8178469 | *signature* |
| Canaa Day Care Center | 205 Thomas Street 07114 (973)344-6775 | |
| Child Care Center A | 176 Lyons ave 07112 (973)9263999 | |
| Mickey's Happy Hands Day Care | 90 w peddie st 07112 (973)7320777 | |
| ~~Bobbie's babies~~ | ~~344 Broad street 07102 (973)2530102~~ | Closed |
| CCLC at Newark | 132/142 Cabinet st | |
| FLELCA | S 9th ST | *signature* |

# Reid vs. Extended Stay America

## 2018 Petition to end Respiratory Discrimination

New Jersey Child Care Providers that support health legislation that will safeguard the respiratory safety of our children while traveling.

**We petition the Court to make a Federal mandate that hotel disclose cleaning information and / or allergen levels to public.**

Publicly posted in rooms the service respiratory handicaps and young children.

---

| Name (printed) | Address (printed) | Signature |
| --- | --- | --- |
| Alpha Day Care Center | 105 Main street<br>(973) 395 4811 | *signature* |
| Building and Strengthen families | 439 Main street<br>(973) 677 7727 | *signature* |
| Christian Family Day Care Center | 17 N. Essex Ave.<br>(973) 673 9200 | *signature* |
| Laisey Academy Day Care | 133 Lincoln Ave<br>(973) 454 6160 | *signature* |
| Norjenes Day care IV | 325-339 mechanic street<br>(973) 677 4299 | *signature* |

| Name | Address | Signature |
|---|---|---|
| Page Academy | 530 Central Ave 07107 (973)6225333 | [signature] |
| Mighty Oaks Learning Center | 96 s 6th street 07107 (973)2426251 | [signature] |
| Sarah Ward Day Nursery | 406 Sanford Ave 07106 (973)3715311 | [signature] |
| Broadway Head Start | 724 Broadway 07104 (973)4854906 | |
| Kiddie Korner Learning Center | 740 south 18th street 07103 (973)2944635 | Cythe na~ |
| ~~Four N's Day Care Center~~ | ~~1132 s Orange Ave 07106 (973)3753399~~ | Closed |
| Rising Sun Academy | 535 MLK jr. Blvd 07102 (973)2860026 | |
| Wisommm Holistic Child care | 15 James St 07102 (973)2970300 | |
| Rutgers Newark Child Care Center | 123 Washington Street 07102 (973)3535968 | |
| Office of Early Childhood | 2 Cedar Street 07102 (973)7336234 | |
| UVSO Infant and toddler Center | 1044 s Orange Ave 07106 (973)3742000 | [signature] |
| ST. ANN Comm DAY care CENTER | 110 16th ST Newark NJ | N. Billi[signature] |
| SUN SET CHRISTIAN ACADEMY | 890 S. oRANGE NEWARK, NJ | |
| Rutgers Community Health Center | 449 Broad Street 405 university Newark NJ | Darcel[signature] |

| | | |
|---|---|---|
| Lil Professors Academy | 56 oakwood Ave<br>(862) 520 4834 | *signature* |
| Montclair Child Development center | 261 William Street<br>(973) 674 0166 | Mickey Dabesh<br>Facilities Mgr. |
| Tiny Tots Haven Day Care center | 270 Reynolds Terrance<br>(973) 678 3233 | |
| Norjenes \| Day Care Center | 365 – 373 Lincoln Ave.<br>(973) 675 0213 | *signature* |
| Stars of Hope | 695 Scotland Road<br>(201) 532 2026 | Lynda Lermons |
| YWCA After school program at Cleveland street | 355 Cleveland Street<br>(973) 672 9500 | |
| YWCA – Heywood | 421 Heywood Ave<br>(973) 677 4105 | |
| YWCA – Lincoln | 518 Valley Street<br>(973) 677 4130 | |
| Orange Early Childhood center | 397 Park Ave<br>(973) 677 4000 | |
| Blessed Hope DayCare | | *signature* |
| | | |
| | | |

# CITIZENS

| Name (printed) | Address | Signature |
|---|---|---|
| ARC OF ESSEX | 46-55 Oakwood Ave. Orange NJ. | D. Au[sig] |
| Pierro Dalce | 701 scotland rd. Orange NJ, FL | [signature] |
| Isaiah lee | 2 ? Thomas St. Bloomfield, NJ | [signature] |
|  |  |  |
|  |  |  |

| Name (printed) | Address (printed) | Signature |
|---|---|---|
| Susan Green | 37 no Day St. | [signature] |
| Fernando R. | 261 William St | [signature] |
| Anthony Pierre | 265 William St | [signature] |
| [illegible] | W/PNS | [signature] |
| Terri A Jackson | 198 Park Avenue Orange, NJ 07050 | Terri J[sig] |

| | | |
|---|---|---|
| DayCare Center Inc | 222 Verona Ave 07104 (973)4825080 | |
| St Paul's Daycare | 741 Mt Prospect Ave 07104 (973)4850110 | |
| Our Small World Daycare | 665 Summer Ave 07104 (973)4970660 | |
| ~~Tri-City Day Care Center~~ | ~~675 s. 19th street 07103 (973)3745252~~ | Closed |
| Sarah Ward Nursery Day Care | 105 Lock Street 07103 (973)6450442 | |
| Precious Feet Christian Daycare | 189 Stuyvesant Ave 07106 (862)2379358 | |
| Rosa's Day Care Center | 393 Roseville Ave 07107 (973)4840444 | |
| Gospel Christian Academy Day Care | 688 Springfield Ave 07103 (973)3995099 | *[signature]* |
| It's my Place Day Care Center | 238 Berkeley Ave 07107 (973)4858585 | |
| New Hope Development Day Care | 49 12th Ave # 4903 07103 | |
| Community Hills Early Learning | 85 Irvine Turner Blvd 07103 (973)6210852 | Alya Nadvod |
| Stages and Ages Childcare | 125 Avon Ave 07108 (973)7325192 | K. Charles |
| ~~Emmanuel Lee Garden Daycare~~ | 54 Irvine Turner Blvd 07103 (973)2421722 | |
| Little Angels Daycare | 827 Clinton Ave 07108 (973)3685066 | S. ARtiles |
| ~~Buds Hope Academy Daycare Center~~ | ~~372 s Orange Ave 07103 (973)4240500~~ | Closed |
| Brighter Tomorrow's Children's | 578 Market Street 07105 (973)3441021 | |
| United Neighbor Development Day Care | 491 Orange Street 07107 (973)3500221 | |
| Parkside Pre-school II | 354 Park Ave 07107 (973)4840808 | |
| Kiddie Korner Learning Center | 319 Verona Ave 07104 (973)4845166 | |
| The Leaugers | 200 S. orange Ave | *[signature]* |

## McElroy, Deutsch, Mulvaney & Carpenter, LLP
ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

TIMOTHY E. BURKE
Direct dial: (973) 425-4164
tburke@mdmc-law.com

August 20, 2018

**Via E-Mail, Certified Mail and Regular U.S. Mail**
Mr. Leonard F. Reid
672 South 16th Street
Newark, NJ 07103

**Via E-Mail, Certified Mail and Regular U.S. Mail**
Charlemagne Tech Solutions, d/b/a/ Asthma Blasters, LLC
672 South 16th Street
Newark, NJ 07103

   RE: *Reid v. Extended Stay America, Inc., et al.*
      United States District Court for the District of New Jersey
      Case No. 2:18-cv-11871-ES-JAD

Dear Mr. Reid:

  This firm represents ESA Management, LLC, which operates the Extended Stay America hotel in Secaucus, New Jersey.

  It has come to our attention that you have approached members of the staff of at least one Extended Stay America hotel in New Jersey, promoting the services of your company, Asthma Blasters, LLC. We understand that, as part of that effort, you represented to the staff of the Extended Stay America hotel in Secaucus that the Town of Secaucus requires all hotels to make certain accommodations for guests with "respiratory disabilities," which include designating three rooms as "Respiratory Accessible." We understand that you represented to the staff that the Town of Secaucus will inspect the hotel monthly to ensure compliance with these purported regulations, and you implied that Asthma Blasters, LLC is a "designee" of the Town of Secaucus, authorized to perform those inspections and submit reports to City health officials and others. We understand that you represented to the staff that a failure to comply with these requirements could subject the hotel to "fines and/or penalties."

## MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

Mr. Leonard F. Reid
August 20, 2018
Page 2

Attached hereto is a copy of an exhibit to the Complaint you filed in United States District Court, a document that contains representations that are consistent with the representations you made to the hotel staff in Secaucus. The document states, for example, "Each hotel doing business in the City of Secaucus designate 3 units as Respiratory Accessible Accommodations" and "Units to be inspected monthly by the City or its designee (Asthma Blasters)." Also included as exhibits to the Complaint you filed are similar documents stating that hotels operating in Newark, Wayne and Parsippany, New Jersey are subject to the same type of regulations.

The representations you made to the staff of the Extended Stay Hotel in Secaucus regarding the nature of the municipal requirements imposed on hotels operating in Secaucus are inaccurate. Secaucus Ordinance No. 2017-18, §80A-1, *et seq.* governs licensing for hotels, motels, rooming houses and boarding houses being operated within the Town of Secaucus. Section 80A-5 provides for the inspection of any hotel that applies for an initial or renewal license, in order to ensure compliance with all applicable health, fire and construction code ordinances, regulations and statutes. Section 80A-10 requires the Police Department, Fire Department and Construction Official to inspect the premises "from time to time ... to determine that he provisions of [the] chapter are being followed." Nothing in the Town Ordinances requires hotels to provide the types of accommodations you describe, nor does the licensing Ordinance provide for the designation of private companies like Asthma Blasters to conduct inspections on behalf of the Town.

It is evident that your representations to the Secaucus hotel staff were designed to convince the staff that you were operating under color of law and that you were authorized to impose fines and penalties on non-compliant establishments. We believe that the intent of those communications was to convince the hotel to hire Asthma Blasters to perform inspections and provide cleaning operations that you implied were required for compliance with municipal regulations that do not exist.

**I am writing to demand that you immediately cease and desist any and all contacts or communications with the personnel of *any* Extended Stay America hotel, including but not limited to, any communications relating to the services of Asthma Blasters, LLC, communications that relate in any way to the legal obligations of any Extended Stay America hotel to provide accommodations to its guests and any other communications that relate in any way to the subject matter of the lawsuit referenced above.**

If you should plan to book a stay in any Extended Stay America hotel, please be advised that ESA Management LLC does not permit the unauthorized inspection or

## McElroy, Deutsch, Mulvaney & Carpenter, LLP

Mr. Leonard F. Reid
August 20, 2018
Page 3

testing of the contents or interior environment of any part of the hotel properties it operates. If you, as a party to a lawsuit pending in the United States District Court, wish to arrange for the any inspection, measurement, testing or samplings of any property controlled by ESA, you are required to make the appropriate request, in compliance with the Federal Rules of Civil Procedure.

    Please be guided accordingly.

Very truly yours,<br>
McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>
<br>
Timothy E. Burke

TEB:ngb

JS 44 (Rev. 06/17)    973 474 7930    **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, e provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court fo purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2018 SEP 17 A 10:50

**I. (a) PLAINTIFFS**
LEONARD F. Reid

**DEFENDANTS**
Extended STAY AmerK

**(b)** County of Residence of First Listed Plaintiff  Essex
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Hudson
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question *(U.S. Government Not a Party)*
☐ 2  U.S. Government Defendant
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box and One Box for Defend*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF |
|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTE |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☒ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionme |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced Corrupt Organization |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodi Exchange |
| ☒ 196 Franchise | | | | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actio ☐ 891 Agricultural Acts ☐ 893 Environmental Matters ☐ 895 Freedom of Informatic Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Proced Act/Review or Appeal Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☒ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty **Other:** | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation - Transfer  ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
American with Disabilities Act  Public Accom
Brief description of cause:
Respiratory Discrimination / Unsanitar-

**VII. REQUESTED IN COMPLAINT:**
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 45,000,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE                    DOCKET NUMBER

DATE                     SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**